# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk



September 28, 2006

Reply to Northern Division Address

Mr. Jerome Julius Brown, Sr.
7209 Robinhood Drive
P.O. Box 1411
Upper Marlboro, Maryland

BROWN v. HENDLER, et al.
Re:    Case No. L-01-2107

Dear Counsel/Party:

The Clerk received your Motion for Removal on 9/28/06; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**

☐ Member of Bar of this Court has not signed pleading.
☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**

☐ Discovery motions, responses and replies to motions must be filed **with original and two copies**.
☐ Depositions not to be filed unless in support of a motion.
☐ Discovery material received.
☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**

☒ Certificate of Service not affixed to pleading.
☐ Certificate of Service not dated.
☐ Certificate of Service not signed.
☐ Attachments or exhibits missing.
☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**

☐ Pleading does not contain original signature(s).
☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
☐ Incorrect caption or civil action number. Unable to match with case.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Pleading or paper must be filed electronically.
☐ Other. _____

Very truly yours,

Benson E. Legg
Chief United States District Judge

cc:  Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Return pleading letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)
Fax 410-962-2690

U.S. BOUNTY                                          Files 07/23/03
MR. JEROME JULIUS BROWN, SR.


V.                                                  CIVIL DOCKET FOR
                                                   CASE #01-2107

CHIEF EXECUTIVE OFFICER
MR. RONALD R. J. HENDLER,
        DEFENDANT                                  JURISDICTION & VENUE
                                                   PROCEDURE FOR REMOVAL
                                                   28 U.S.C.S. 1446
DEPT. OF JUSTICE
MR. JOHN D. ASHCROFT,
        DEFENDANT


ATTORNEY GENERAL, DEPUTY
MRS. MARGARET ANN NOLAN,
        DEFENDANT


MOTION FOR REMOVAL STATE COURT RECORDS CASE NUMBER OE00172774,
ALL PROCESS, PLEADINGS, AND ORDERS SERVED UPON SUCH DEFENDANT
IN SUCH ACTION CLAIM FOR RELIEF, SERVICE OF SUMMONS, DEFENDANTS BASIS
OF JURISDICTION, GROUNDS, EXHIBITS STATEMENT OF PROBABLE CAUSE,

## Sheriff Mr. Jerome Julius Brown, Sr., Brown County Caution – Query Reference Information Sheriffs Application, FBI Identification Record and Applicant Finger Print Card on File Secretary of State Mary Kane, State Capitol. A Question Marks, Trade Mark, NCIC #W978300493 Wanted PGC Sheriffs NO Agency – Sheriffs Office and NO Sheriffs Detention Center Since 1983

```
*                                                           *
*        WANTED                                             *
*                                                           *
*  CONFIRM THAT WARRANT IS STILL OUTSTANDING                *
*                                                           *
*  AGENCY-SHERIFF'S OFFICE UPPER MARLBORO (MD0170000)       *
*  WANTED-NCIC #W978300493                                  *
*  BROWN,JEROME JULIUS                                      *
*  FAILURE TO APPEAR                                        *
*  CASE #4E0053337                                          *
*  DATE OF WARRANT 123096                                   *
*  NOTIFY SHERIFF'S OFFICE UPPER MARLBORO MARYLAND          *
*  CAUTION-QUERY NCIC FOR REASON OF CAUTION                 *
*  AND POSSIBLE CROSS REFERENCE INFORMATION                 *
```