UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address

November 1, 2007

Mr. Jerome Julius Brown, Sr., U.S. Bounty
7209 RobinHood Drive POB 3093
Upper Marlboro, Maryland  20773

Re:  BROWN v. HENDLER, et al.
     Case No. L-01-2107

Dear Mr. Brown:

The Clerk received your Customer Service Survey on 10/24/07; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
☐ Member of Bar of this Court has not signed pleading.
☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery motions, responses and replies to motions must be filed **with original and two copies**.
☐ Depositions not to be filed unless in support of a motion.
☐ Discovery material received.
☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
☐ Certificate of Service not affixed to pleading.
☐ Certificate of Service not dated.
☐ Certificate of Service not signed.
☐ Attachments or exhibits missing.
☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
☐ Pleading does not contain original signature(s).
☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
☐ Incorrect caption or civil action number. Unable to match with case.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Pleading or paper must be filed electronically.
☒ Other.  _This case is CLOSED. Documents are not in complaint format._

Very truly yours,

B. Legg
Benson E. Legg
United States District Judge

cc: Other counsel/party
U.S. District Court (Rev. 3/3/2003) - Return pleading letter

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov



# CUSTOMER SERVICE SURVEY

COMPLIMENT____    COMPLAINT ✓    SUGGESTION____

Type of Process, Civil Legal Evidence of Service, Process Receipt and Return 1/7/2004 Stamp by Clerk of Court Felicia Cannon, USM-285 Applications Five Parts (1) Clerk of the Court, (2) USMS Record, (4) Billing Statement, (3) Notice of Service, and (5) Acknowledgment of Receipt, unsevered by U.S. Marshal John L. Hughes. Affidavit of Service, 4/13/04, stamp by Clerk of Court Felicia Cannon 4/15/04 not added to Docket Text Memorandum Opinion To Pay back Taxes, or Auto entered 7/20/2001 No Transportation, Attachments hereto 32 Pages plus Applicant FD-258 Card.

Thank you for your comments. Your completed form can be left at any of our public counters or it can be mailed to: Felicia Cannon, Clerk of the District Court, 101 W. Lombard Street, Baltimore, MD 21201.  410-962-2600

Contact information (optional): Mr. Jerome Julius Brown Sr. U.S. Bounty
7209 Robin Hood Drive  POB 3093
Upper Marlboro MD 20773-3093